UNITED STATES of America

v.

Dr. Frank L. BENUS, Appellant.

No. 13802.

United States Court of Appeals
Third Circuit.

Argued June 4, 1962.

Decided June 19, 1962.

David F. Maxwell, Philadelphia, Pa.
(Isadore A. Shrager, Philadelphia, Pa.,
on the brief), for appellant.

Norman Sepenuk, Washington, D. C.
(Drew J. T. O'Keefe, U. S. Atty., Eastern
District of Pennsylvania, Sullivan Cis-
tone, Asst. U. S. Atty., Joseph M. How-
ard, Atty., Dept. of Justice, Washington,
D. C., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN
and STALEY, Circuit Judges.

PER CURIAM.

The appellant was convicted in the dis-
trict court for violation of Section 7203
of the Internal Revenue Code of 1954 (26
U.S.C. § 7203, 1958 Ed.), for failure to
make income tax returns. There is no
doubt that he did so fail. The case was
tried without a jury to the district judge
who found the defendant guilty and sen-
tenced him in accordance with that find-
ing.

There is no doubt that the defendant
did ·not file his income tax returns as
charged. The question is whether he is
to be absolved from liability under the
test provided in this Circuit by United
States v. Currens, 3 Cir., 290 F.2d 751
(1961).

The trial judge knew about Currens
and cited it in his opinion upon motions
for new trial or discharge. The Currens
case was decided before the trial of the
defendant in this case and slip opinions
of the decisions of this Court are circu-
lated to the judges in advance of the
appearance of the opinions in the Federal
Reporter. The conclusion reached by the
trial court, of course, has the same pro-
bative effect as the verdict of a jury.
Notwithstanding the very able argument
advanced on behalf of the appellant, we
think the evidence of the case, when taken
as a whole, is sufficient to support the
conclusion the judge reached.

The judgment will be affirmed.